**480**

UNITED STATES of America,
Plaintiff—Appellee,

v.

Jessie Dario RIOS, Defendant—
Appellant.

No. 01–10670.

D.C. No. CR–00–05322–REC.

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2003.*

Decided April 18, 2003.

Before RYMER, KLEINFELD and
FISHER, Circuit Judges.

MEMORANDUM**

Jessie Dario Rios appeals his conviction by guilty plea and 155–month sentence for armed bank robbery and aiding and abetting, in violation of 18 U.S.C. § 2113(a), (d) and § 2.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rios' counsel has submitted a brief stating that there are no meritorious issues for review. Appellant has not filed a supplemental pro se brief.

Our independent review of the brief and the record under *Penson v. Ohio,* 488 U.S.

75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

